IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3118 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KRISTINA JOY MATTINGLY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's appointed counsel, James Beckmann, has moved for leave to withdraw due to a conflict of interest.  Filing No. 18.  Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by James Beckmann, (filing no. 18), is granted.  Mr. Beckmann shall promptly serve defendant with a copy of this order.  The Clerk is directed to remove Mr. Beckmann from all future ECF notifications in this case.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

3) Upon appointment, new defense counsel shall promptly enter his or her appearance.

DATED this 16th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge