IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3118 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| KRISTINA JOY MATTINGLY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved for an order allowing her to be released from detention to reside at St. Monica's Behavioral Health Services for Women and receive inpatient substance abuse treatment. Filing No. 22. Pretrial Services and the government do not oppose the defendant's motion. Upon review of the defendant's motion and the court's record, the court finds defendant's motion should be granted.

Accordingly,

IT IS ORDERED:

1) Upon acceptance for admission by the facility, the defendant shall reside at St. Monica's Behavioral Services for Women and receive inpatient substance abuse treatment.

2) Counsel for the defendant shall make the arrangements for defendant's transport to the facility.

DATED this 6th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge