IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3118 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| KRISTINA JOY MATTINGLY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue her plea hearing, currently set for February 26, 2010, because the defendant needs additional time to consider the terms of a proposed plea agreement. Filing No. 30. The government does not oppose defendant's motion.

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 30), is granted, and defendant's plea hearing will be held before the undersigned magistrate judge on the 30th day of March, 2010, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

2) The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 30, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 19th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge